*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*





## MEMORANDUM OPINION

No. 04-10-00827-CR

Oscar Jaime **REYNA**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 09-06-06466-MCR
Honorable Cynthia L. Muniz, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
               Phylis J. Speedlin, Justice
               Rebecca Simmons, Justice

Delivered and Filed:  January 19, 2011

DISMISSED FOR LACK OF JURISDICTION

The trial court imposed or suspended sentence on June 16, 2010. A motion for new trial was due on July 16, 2010. Tex. R. Civ. P. 329b(a). Appellant filed a motion for new trial on August 25, 2010. Because appellant did not timely file a motion for new trial, the notice of appeal was due to be filed on July 16, 2010. Tex. R. App. P. 26.2(a)(1). A motion for extension of time to file the notice of appeal was due on August 2, 2010. Tex. R. App. P. 26.3. Appellant did not file a motion for extension of time to file a notice of appeal, and he filed his notice of

appeal on November 18, 2010. On December 9, 2010, we ordered appellant to show cause in writing why his appeal should not be dismissed. On December 16, 2010, appellant filed a letter contending he signed a waiver of his right to appeal unknowingly and involuntarily. He alleges his court-appointed attorney told appellant his appeal was "closed."

This court lacks jurisdiction over an appeal of a criminal conviction in the absence of a timely, written notice of appeal. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); *see also Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991) (out-of-time appeal from felony conviction may be sought by filing a writ of habeas corpus pursuant to Texas Code of Criminal Procedure article 11.07). Accordingly, this appeal is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH